**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>   v.<br><br>THE ESTATE OF HILBERT J. COLEMAN, MARIA COLEMAN, DAISY COLEMAN AND MALAIKA KING,<br><br>            Defendants.<br>_____/ | No. C 05-1773 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motion to dismiss, filed June 15, 2005 by defendants Maria Coleman and Estate of Hilbert J. Coleman and scheduled for hearing August 26, 2005, the Case Management Conference is hereby CONTINUED from July 29, 2005 to September 23, 2005. No further Case Management Statement is required. If the parties choose to file an updated statement, however, such statement shall be filed no later than September 16, 2005.

**IT IS SO ORDERED.**

Dated: July 26, 2005                                    /s/ Maxine M. Chesney
                                                                      MAXINE M. CHESNEY
                                                                      United States District Judge